AO 450 (Rev. 03/08) Judgment in Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Nevada

Shuffle Master, Inc. )
Plaintiff )
v. ) Civil Action No. 2:04-cv-0980
Yehia Awada and Gaming Entertainment, Inc. )
Defendant )

**Judgment in a Civil Case**

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Sandoval upon Plaintiff Shuffle Master's motion for default judgment and permanent injunction, which the Court granted on June 13, 2008.  (D.E. 236) (granting default judgment, a permanent injunction, costs, and directing the clerk to enter final judgment accordingly).

It is ordered that *(check one)*:

☑ the plaintiff *(name)* Shuffle Master, Inc. recover from the defendant *(name)* Yehia Awada and Gaming Entertainment, Inc, jointly and severally, the amount of seven hundred ninety-two thousand four hundred and fourteen dollars ($ 792,414.00 ) with prejudgment interest at the rate of _____ % and postjudgment interest at the rate of 2.51 %, along with costs. Defendants are also subject to the Permanent Injunction dated June 13, 2008.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

Lance S. Wilson                                 July 8, 2008

Clerk                                                    Date

*[Signature: Lance S. Wilson]*

*[Seal: United States District Court for the District of Nevada]*