CAMPBELL & WILLIAMS
DONALD J CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., | Case No.: 2:04-CV-00980-GMN-PAL |
| Plaintiff, | |
| vs. | **AFFIDAVIT FOR RENEWAL OF JUDGMENT PURSUANT TO NRS 17.214** |
| YEHIA AWADA and GAMING ENTERTAINMENT, INC., | |
| Defendants. | |

### AFFIDAVIT OF ERIC L. ABBOTT TO RENEW JUDGMENT PURSUANT TO NRS 17.214

STATE OF NEVADA   )
                  ):SS
COUNTY OF CLARK   )

I, ERIC L. ABBOTT, being duly sworn, depose and say:

1. I am a resident of Clark County, Nevada and the Assistant General Counsel, Director of Intellectual Property for Bally Gaming, Inc. d/b/a Bally Technologies. Prior to SHFL entertainment, Inc.'s (formerly known as Shuffle Master, Inc.) acquisition by Bally Technologies, Inc., I was employed by and represented Plaintiff Shuffle Master, Inc. nka SHFL entertainment, Inc. in the above-captioned matter. I am over the age of eighteen (18) years and am, in all respects, competent to make this Affidavit. This Affidavit is based upon my personal knowledge and, if called upon to testify, I would testify as set forth in this Affidavit.

2. This Affidavit is made pursuant to NRS 17.214 to renew a Judgment entered against Defendants Yehia Awada and Gaming Entertainment, Inc., jointly and severally, on July 8, 2008, in Case No. 2:04-CV-00980-BES-PAL. *See* Exhibit "1," Judgment in a Civil Case.

3. I am the authorized representative and affiant of Plaintiff Shuffle Master, Inc. nka SHFL entertainment, Inc., which is the original judgment creditor in the above-captioned matter against Defendants Yehia Awada and Gaming Entertainment, Inc., who are the judgment debtors. Other than the fact that Bally Technologies, Inc. is the ultimate parent company of Plaintiff Shuffle Master, Inc. nka SHFL entertainment, Inc., Plaintiff Shuffle Master, Inc. nka SHFL entertainment, Inc. has not assigned its interest to any individual or entity

4. The Judgment was recorded with the Clark County (Nevada) Recorder on July 29, 2008 in Book/Page number – 20080729-0003694 and 20080729-0003695

5. The Judgment against Defendants Yehia Awada and Gaming Entertainment, Inc. was filed on July 8, 2008 in the amount of $792,414.00 and entered into the docket of Case No. 2:04-CV-00980-BES-PAL on that date.

6. There was an Amended Writ of Execution [Doc. No. 291] entered on this judgment on March 30, 2009

7. The judgment debtors Yehia Awada and Gaming Entertainment, Inc. have made payments on this judgment in the total amount of $4,088.32.

8. There are no setoffs, counterclaims, and/or credits in favor of the judgment debtors Yehia Awada and Gaming Entertainment, Inc.

9. Currently the judgment debtors Yehia Awada and Gaming Entertainment, Inc. owe $906,733.84 on the judgment.

10. The judgment was originally docketed in the United States District Court for the District of Nevada.

11. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of May, 2014

_____
ERIC L. ABBOTT

SUBSCRIBED and SWORN to before me this 14th day of May, 2014, by Eric L. Abbott

_____
NOTARY PUBLIC, in and for said County and State

JANINE ROBERTSON
Notary Public State of Nevada
No. 07-5067-1
My Appt. Exp. November 8, 2015

2

1

AO 450 (Rev. 03/08) Judgment in Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Shuffle Master, Inc. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:04-cv-0980 |
| Yehia Awada and Gaming Entertainment, Inc. ) | |
| Defendant ) | |

## Judgment in a Civil Case

This action was (check one):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Sandoval upon Plaintiff Shuffle Master's motion for default judgment and permanent injunction, which the Court granted on June 13, 2008. (D.E. 236) (granting default judgment, a permanent injunction, costs, and directing the clerk to enter final judgment accordingly).

It is ordered that (check one):

☑ the plaintiff (name) _____Shuffle Master, Inc._____ recover from the defendant (name) __Yehia Awada and Gaming Entertainment, Inc, jointly and severally,__ the amount of seven hundred ninety-two thousand four hundred and fourteen dollars ($ 792,414.00 ) with prejudgment interest at the rate of _____ % and postjudgment interest at the rate of 2.51 %, along with costs. Defendants are also subject to the Permanent Injunction dated June 13, 2008.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) _____ recover costs from the plaintiff (name) _____

Lance S. Wilson

July 8, 2008

Clerk

*[signature: Lance S. Wilson]*

Date

*[Seal: United States District Court for the District of Nevada]*